within the above exception. Although the letter was sent to Neighbors, her allegation is that the defendants knew that the purpose of the letter could only be served if it were shown to prospective employers, and that in fact it was shown to such persons. The petition sufficiently pleaded that the defendants had reason to know that in the ordinary course of events the letter would be read by third parties. The petition thus alleged the exception to the general rule concerning publication. This, coupled with the other allegations, pleaded sufficient facts to state a claim of libel upon which relief could be granted if the facts were proven to the satisfaction of the fact finder. For that reason the court erred in dismissing the libel claim.

The judgment dismissing the counts for emotional distress, for breach of an implied contract of good faith, and for the tort of wrongful discharge is affirmed. The judgment dismissing the libel count is reversed and this cause is remanded for further proceedings on that count.

All concur.

H. Wilson Gray, St. Louis, for defendants-appellants.

Thomas Jeffrey Horn, St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM:

Defendants, Christian Methodist Episcopal Church and Bishop Elisha P. Murchison, appeal a judgment entered after a jury verdict in favor of plaintiff Reverend Theodore R. Taylor in a suit for breach of contract. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

---

**Theodore R. TAYLOR,
Plaintiff-Respondent,**

v.

**Elisha P. MURCHISON and Christian Methodist Episcopal Church, Inc.,
Defendants-Appellants.**

No. 48551.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 11, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 5, 1985.

Application to Transfer Denied
Sept. 10, 1985.

---

**Jerome WHITE, Movant-Appellant,**

v.

**STATE of Missouri,
Plaintiff-Respondent.**

No. 48627.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Aug. 5, 1985.

Application to Transfer Denied
Sept. 10, 1985.